
ORIGINAL



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CRIMINAL NO. 3:01-CR-323-R |
| | * | |
| JAMES MICHAEL DAVIS | * | |

### MOTION TO UNSEAL

COMES NOW the United States of America by and through the United States Attorney for the Northern District of Texas and respectfully moves this Honorable Court for entry of an Order unsealing the indictment filed on October 16, 2001 as to the defendant, James Michael Davis, named in the case referenced above.

    Respectfully submitted,

    RICHARD H. STEPHENS
    United States Attorney

    LYNN HASTINGS
    Assistant United States Attorney
    Texas State Bar No. 09209700
    1100 Commerce Street, 3rd Floor
    Dallas, Texas  75242
    (214) 659-8633

MOTION TO UNSEAL

3